UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

          Plaintiff,

v.

CHERYL JOHNSON, *et al.*,

          Defendants.

Case No.  C06-5561 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE FIRST "PROPOSED" AMENDED COMPLAINT

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the Court is Plaintiff's motion to strike his proposed amended complaint, which was filed on March 6, 2007 (Dkt. # 63).  The Court previously granted Plaintiff leave to amend. (Dkt. # 61).  Plaintiff has complied and filed an amended complaint. (Dkt. # 62).

      Accordingly, Plaintiff's motion to strike (Dkt. # 63) his previously filed proposed amended complaint (found at Dkt. #57), is **GRANTED**.

      DATED this 14th day of May, 2007.

                                              Karen L. Strombom
                                              United States Magistrate Judge