UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

          Plaintiff,

v.

CHERYL JOHNSON, *et al.*,

          Defendants.

Case No.  C06-5561 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR SPEEDY ADJUDICATION

    Before the Court is Plaintiff's motion for speedy adjudication (Dkt. # 70).  Plaintiff requests the use of a typewriter, following injury to his left hand on June 17, 2007.  Having carefully reviewed the parties' submissions, the Court finds that Plaintiff's motion should be denied.

    Defendants' motion to dismiss (Dkt. # 67) is presently pending before the Court.  Prior to Plaintiff's injury, Plaintiff filed his response to the motion to dismiss (Dkt. # 68) and Defendants filed their reply (Dkt. # 69).  There are no pending deadlines in this matter.

    Accordingly, Plaintiff's motion for speedy adjudication (Dkt. # 70) is **DENIED**.

    DATED this 1st day of August, 2007.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER
Page - 1