UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

          Plaintiff,

    v.

CHERYL JOHNSON, *et al.*,

          Defendants.

Case No.  C06-5561RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation (Dkt. 77); and

    (2)    Defendant's motion to dismiss (Dkt. 67) is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 2nd day of October, 2007.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1