UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

    Plaintiff,

v.

CHERYL JOHNSON, *et al.,*

    Defendants.

Case No.  C06-5561 RJB/KLS

ORDER DENYING PLAINTIFF'S CONSTITUTIONAL MOTION

    Before the Court is Plaintiff's "Constitutional Motion."  (Dkt. # 83).  Having reviewed the motion, Defendants' response (Dkt. # 98), and the balance of the record, the Court finds that the motion should be denied.

    Plaintiff alleges that a Ms. Grenwitch, the law librarian at Clallam Bay Corrections Center, has retaliated against him by retaining certain legal documents and refusing to provide research materials requested by him on September 13, 2007.  (Dkt. # 83, pp. 3-4).  Defendants respond that Plaintiff has not raised any issues appropriate for review by this Court because the issues concern copying of discovery documents in Plaintiff's criminal case in Clallam County Superior Court.  (Dkt. # 98, p. 1).

    In his First Amended Complaint, Plaintiff alleges violations of his First, Eighth, and Fourteenth Amendment rights and the Religious Land Use and Institutionalized Persons Act (RLUIPA). (Dkt. # 62). Plaintiff also claims violations of RCW 7.72 (Product Liability Actions), 21

ORDER
Page - 1

1 C.F.R. § 101.9 (Nutritional Labeling of Food) and 9 C.F.R. § 317 (Labeling, Marking Devices and
2 Containers). Plaintiff claims, *inter alia*, that the DOC Kosher Guidelines do not meet the religious
3 requirements of the Jewish community, that they are nutritionally inadequate, that Defendants serve
4 non-Kosher food, fail to provide fasting and Passover foods, use trans fat margarine and shortening
5 in the manufacture of bakery items, and serve insufficient amounts of milk, all of which place a
6 substantial burden on Plaintiff's ability to exercise his religion and/or subject him to cruel and
7 unusual punishment. (*Id.*)

8       Ms. Grenwitch is not, nor has she ever been, a defendant in this case.  More importantly, her
9 alleged retaliatory actions arise out of conduct related to Plaintiff's criminal case in Clallam County
10 Superior Court, not out of this action.

11       Accordingly, Plaintiff's constitutional motion (Dkt. # 83) is **DENIED**.

13       DATED this  4th  day of December, 2007.

                                            Karen L. Strombom
                                            United States Magistrate Judge