UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

    Plaintiff,

v.

CHERYL JOHNSON, *et al.*,

    Defendants.

Case No. C06-5561 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motions for temporary restraining order (Dkt. # 100) is **DENIED**; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 11th day of January, 2008 .

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 1