UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

          Plaintiff,

    v.

CHERYL JOHNSON, *et al.*,

          Defendants.

Case No. C06-5561 RJB/KLS

ORDER DENYING MOTION FOR RULE 16(B)(8) CONFERENCE

    Before the Court is Plaintiff's motion for a Rule "16(b)(8)" conference. (Dkt. # 125) Plaintiff seeks a conference to determine which defendants have been served with the Amended Complaint. (*Id).* Rule 16(b) governs issuance of a scheduling order by the Court. (*See* Dkt. # 123). It does not provide for a means for a party to request a status conference. FRCP 16(b). Defendants have filed an Answer, which identifies which Defendants have been served. (Dkt. # 117).

    Accordingly, it is **ORDERED** that Plaintiff's motion for a Rule 16(b)(8) conference (Dkt. # 125) is **DENIED**.

    DATED this  24th   day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1