UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

        Plaintiff,

v.

CHERYL JOHNSON, *et al.,*

        Defendants.

Case No. C06-5561 RJB/KLS

ORDER RELATING TO PLAINTIFF'S REQUEST TO SUBMIT ADDITIONAL BRIEFING (DKT. # 166)

Plaintiff requests an opportunity to file a reply to any supplemental briefing submitted by Defendants regarding the impact of the Eastern District Court's judgment on the pending motions in this case and that he be allowed to respond to Defendants' pending summary judgment motion. Dkt. # 166. In the Court's Order Directing Briefing and Lifting Stay (Dkt. # 164), Plaintiff was granted leave to file a reply by December 19, 2009. *See* Dkt. # 164, p. 2. The Court also stated that it may re-note Defendants' motion for summary judgment after it has resolved Plaintiff's pending motion to amend. *Id*. At this time, the Court will not accept additional briefing on Defendants' motion for summary judgment.

However, as Plaintiff appears to have misunderstood the Court's earlier Order, the Court shall grant him additional time to submit his reply to Defendants' Supplemental Briefing and Response to Plaintiff's Motion to Amend filed on December 12, 2008. *See* Dkt. # 165.

Accordingly, it is **ORDERED:**

ORDER
Page - 1

(1) Plaintiff may submit only a reply to the supplemental briefing filed at Dkt. # 165 **on or before January 16, 2009**;

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  31st  day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2