UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

                Plaintiff,

      v.

CHERYL JOHNSON, *et al.*,

                Defendants.

Case No. C06-5561 RJB/KLS

ORDER DENYING MOTION
FOR RULING ON DKT. # 161
BE HELD IN ABEYANCE

Before the Court is Plaintiff Dennis Florer's motion that the Court hold its ruling on his motion to amend (Dkt. # 161) in abeyance while Mr. Florer corrects his proposed amended pleading. Dkt. # 175. Mr. Florer states that there are several flaws in his pleading that must be corrected to avoid an adverse judgment against him. *Id*., p. 1. Defendants oppose the motion. Dkt. # 178. Having carefully reviewed Mr. Florer' motion, Defendants' opposition and the balance of the record, the Court finds that the motion should be denied.

## DISCUSSION

Mr. Florer filed his original complaint on October 26, 2006. Dkt. # 5. He filed his first amended complaint on April 18, 2007. Dkt. # 62. This case was stayed on March 27, 2008, pending resolution of Mr. Florer's case in the United States District Court for the Eastern District of Washington. Dkt. # 156. Mr. Florer filed a second motion to amend, along with his proposed second amended complaint on September 26, 2008. Dkt. # 161. The Court requested supplemental briefing from the parties regarding the impact of the judgment in the Eastern District case on the pending motions in this case (*i.e.*, Mr.

1 Florer's motion to amend (Dkt. # 161) and Defendants' motion for summary judgment (# 141)). Dkt. #
2 164. Defendants submitted their supplemental briefing on December 12, 2008 (Dkt. # 165), and Mr.
3 Florer submitted his briefing on January 20, 2009. (Dkts. # 172 and 173). On March 10, 2009, Mr.
4 Florer asked for an additional thirty days to file a replacement proposed second amended complaint. Dkt.
5 # 175.

6     Mr. Florer states only that there are "flaws" in his proposed second amended complaint.
7 However, he does not identify the flaws or explained to the Court why further amendment is required.
8 The parties have been provided adequate time to brief the Court and the Court has considered at length
9 the parties' submissions, Mr. Florer's proposed second amended complaint, and the decisions rendered by
10 Judge Shea in the Eastern District case.

11     Accordingly, it is **ORDERED** that Mr. Florer's motion to hold the Court's ruling on Dkt. # 161 in
12 abatement is **DENIED**. The Clerk shall send copies of this Oder to Plaintiff and counsel for Defendants.

    DATED this  20th  day of April, 2009.

Karen L. Strombom
United States Magistrate Judge