UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>               Plaintiff,<br><br>    v.<br><br>CHERYL JOHNSON, *et al.*,<br><br>              Defendants. | Case No. C06-5561 RJB/KLS<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Before the Court is Plaintiff Dennis Florer's motions for leave to file a second amended complaint (Dkt. # 183) and to strike previous motion to amend and to stay ruling (Dkt. # 184). These motions shall be denied. The Court will consider only the motion to amend filed by Mr. Florer in September 2008 (Dkt. # 161), for which the Court requested and has received supplemental briefing from the parties. That motion is still pending.

Accordingly, it is **ORDERED** that Mr. Florer's motion for leave to amend (Dkt. # 183) and motion to strike (Dkt. # 184) are **DENIED**. The Clerk shall send copies of this Oder to Plaintiff and counsel for Defendants.

DATED this  24th  day of April, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1