UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

        Plaintiff,

v.

CHERYL JOHNSON, *et al.*,

        Defendants.

Case No. C06-5561 RJB/KLS

ORDER REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT (DKT. 190)

Before the Court is Plaintiff Dennis Florer's Third Amended Complaint. Dkt. 190. Pursuant to this Court's Order dated May 4, 2009, Mr. Florer was granted leave to amend his complaint to "include factual allegations as to Defendants Cheryl Johnson Bales and Jay Jackson and "Registered Dietician Identified in Grievance Log No. 0823868". Dkt. 187. Contrary to the Court's Order, Mr. Florer has also named Diane Benfield, John Doe 1, Madeline Neff and Nutrition Development Systems.

Defendants Jay Jackson and Cheryl Johnson have filed their Answer to the Third Amended Complaint, an. Dkt. 191.

It is clear that the proposed Third Amended Complaint goes beyond the Court's directive. Accordingly, the Court finds that this lawsuit shall proceed against Defendants Johnson Bales and Jackson only. When the "registered dietician identified in Grievance Log No. 0823868" is discovered, the complaint may be amended to reflect that defendant's name. Any claims asserted against anyone other than these three individuals shall not be considered by the Court and are hereby stricken.

**DATED** this <u>6th</u> day of July, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1