# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

DENNIS FLORER,

        Plaintiff,

 v.

CHERYL JOHNSON, et al.

        Defendants.

NO. C06-5561 RJB/KLS

ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES

Before the Court is Plaintiff's Expedited Motion for Relief from Deadlines. Dkt. 203. Plaintiff seeks extensions of the deadlines in the Pretrial Scheduling Order (Dkt. 192), because he was transferred from the Stafford Creek Corrections Center to the Washington Corrections Center on October 26, 2009 and has been temporarily separated from his legal materials. Dkt. 203. Having reviewed Plaintiff's motion, Defendants' response (Dkt. 204), Plaintiff's reply (Dkt. 205), and Defendants' surreply (Dkt. 206), the court finds and **ORDERS** that Plaintiff's motion for relief from deadlines (Dkt. 192) shall be **GRANTED as follows:**

    (1)    The discovery deadline shall be extended to **December 19, 2009** and discovery is limited to the filing of a motion to compel by Plaintiff;

    (2)    The dispositive motions deadline shall be extended to **January 15, 2010.**

    (3)    The parties are directed to confer and provide the court with a joint status report by no later than **March 5, 2010**.

(4) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  23rd  day of November, 2009.

Karen L. Strombom
United States Magistrate Judge