# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DENNIS FLORER,

    Plaintiff,

v.

CHERYL BALES-JOHNSON, et al.

    Defendants.

NO. C06-5561 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

THIS MATTER having come before this Court on Plaintiff's Motion For Leave to File Overlength Brief in Defendants' Motion For Leave to File Overlength Brief in support of his motion for summary judgment (Dkt. 210); the Court having considered the files and records herein; and being in all matters fully advised,

It is **ORDERED**:

1. Plaintiff's Motion for Leave to File Overlength Brief of up to twelve additional pages (Dkt. 210) is **GRANTED.**

2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 14th day of December, 2009.

Karen L. Strombom
United States Magistrate Judge