UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

                Plaintiff,

  v.

CHERYL JOHNSON-BALES, *et al.*,

                Defendants.

No. C06-5561 RJB/KLS

ORDER DENYING MOTION TO STRIKE

Before the court is Defendants' motion to strike Plaintiff's ten motions to compel. Dkt. 226. For the reasons stated herein, the motion shall be denied.

**DISCUSSION**

On June 30, 2009, the court entered a Scheduling Order, setting a discovery deadline of November 7, 2009, and a dispositive motion deadline of December 5, 2009. Dkt. 192. On October 26, 2009, Plaintiff moved for relief from the Court imposed deadlines, stating that he needed an extension to the discovery and dispositive motion deadlines so that he could file "motions to compel, motion for summary judgment or opposition to [Defendants'] anticipated summary judgment motion …". Dkt. 203, p. 3. On November 23, 2009, the court extended the discovery deadline to December 19, 2009, stating, "discovery is limited to the filing of a motion

ORDER - 1

to compel by Plaintiff." Dkt. 209. The Court also extended the dispositive motion deadline to January 15, 2010.

On December 8, 2009, Plaintiff filed ten separate motions to compel (with noting dates of January 8, 2010). Some of the motions are over fifty pages long and he has attached thousands of pages of exhibits. Dkts. 216 through 225.

Prior to filing his motions to compel, Plaintiff filed a motion for summary judgment on December 4, 2009, noting it for hearing on January 1, 2010. In his motion, he asserts that there are no material facts at issue. Dkt. 211.[1] In support of his motion, he filed a 175-page "Statement of Material Facts" and approximately 1,500 pages of supporting exhibits. Dkt. 212.

Pursuant to Fed. R. Civ. P. 12(f), the court may strike any redundant, immaterial, impertinent, or scandalous matter. Although Mr. Florer filed a motion for summary judgment (supported with over one thousand pages of exhibits), asserting that there are no material facts at issue and subsequently filed ten motions to compel (with thousands of pages of exhibits attached), the court does not find the motions to compel as redundant, immaterial or impertinent. Although Mr. Florer has proceeded with the filing of his motions in an irregular manner, he was granted leave to file a motion to compel and he has not raised any new matters beyond the issues raised in his complaint and seeks no discovery additional to that set forth in his original requests.

Accordingly, it is **ORDERED**:

1) Defendants' motion to strike (Dkt. 226) is **DENIED.**

2) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

---

[1] Plaintiff also requested and was granted leave to file an overlength summary judgment brief. Dkts. 210, 214.

ORDER - 2

1      DATED this __30th__ day of December, 2009.

2

3                                              */s/ Karen L. Strombom*

4                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 3