**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

DENNIS FLORER,

        Plaintiff,

v.

CHERYL JOHNSON, et al.

        Defendants.

NO. C06-5561 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

Before the Court is Defendants Expedited Motion for Extension to Respond to Plaintiff's Motion for Summary Judgment. Dkt. 227. Plaintiff's summary judgment motion is presently noted for January 1, 2010. Dkt. 211. Plaintiff has also filed ten motions to compel discovery, which are presently noted for January 8, 2010. Dkts. 216-225.

Having reviewed Defendants' motion and balance of the record, the court **ORDERS:**

(1) Defendants' motion for extension of time to respond to Plaintiff's summary judgment motion (Dkt. 227) is **GRANTED.**

(2) Plaintiff's motion for summary judgment (Dkt. 211) is re-noted for **February 12, 2010.** Defendants' response to Plaintiff's motion for summary judgment is due **February 5, 2010.**

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  30th  day of December, 2009.

Karen L. Strombom
United States Magistrate Judge