FILED _____ LODGED _____
_____ RECEIVED

JAN 15 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL JOHNSON, et al.<br><br>　　　　　Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION TO RESPOND TO TEN MOTIONS TO COMPEL |

Before the Court is Defendants' Expedited Motion for Extension to Respond to Plaintiff's ten motions to compel (Dkts. 216-225). Dkt. 235. Having reviewed the motion and file herein, the court **ORDERS**:

　　(1)　Defendants' motion for extension (Dkt. 235) is **GRANTED**.

　　(2)　Plaintiff's ten motions to compel (Dkt. Nos. 216-225) are re-noted for **January 22, 2010.** Defendants' responses to Plaintiff's ten motions to compel are due **January 15, 2010.**

　　DATED this 15th day of January, 2010.

　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER