# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>               Plaintiff,<br><br>   v.<br><br>CHERYL BALES-JOHNSON, et al.<br><br>              Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

THIS MATTER having come before this Court on Defendants' Motion For Leave to File Overlength Response/Cross Motion to Plaintiff's Motion for Summary Judgment (Dkt. 261); the Court having considered the files and records herein; and being in all matters fully advised,

It is **ORDERED**:

1. Defendants' Motion for Leave to File Overlength Response of an additional five pages (Dkt. 261) is **GRANTED.**

2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  9th  day of February, 2010.

                                                                Karen L. Strombom
                                                                United States Magistrate Judge