UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DENNIS FLORER, | No. C06-5561 RJB/KLS |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY REQUEST NO. 21 AND GRANTING EXTENSION OF DISCOVERY DEADLINE AS TO DEFENDANT BENFIELD |
| v. | |
| CHERYL JOHNSON-BALES, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion to Compel Discovery Request No. 21. Dkt. 224. Defendants oppose the motion because the discovery request is directed to Diane Benfield, who has not been served in this lawsuit and is not represented by counsel in this case. Dkt. 238. Plaintiff filed a reply. Dkt. 254. Since the filing of his motion, Diane Benfield filed a waiver of service of the summons and complaint. Dkt. 259.

**DISCUSSION**

Pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, parties may obtain discovery of relevant information. Relevant information is defined as information that is "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The Court may deny relevant discovery, however, if the "burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(2)(iii). After careful review of the

ORDER - 1

discovery requests, the objections stated, and argument of the parties, the Court finds that the motion to compel should be denied.

Plaintiff has twice attempted to serve a discovery request consisting of interrogatories and requests for production on Diane Benfield. Dkt. 238, Exh. 1, ¶¶ 2-3.

Diane Benfield was not named as a defendant in this action until October 21, 2009, when the court ordered substitution of Diane Benfield as the individual formerly identified in Plaintiff's Third Amended Complaint as the "registered dietician identified in Grievance Log No. 0823868." Dkt. 200. The court directed the U.S. Marshal Service to serve Ms. Benfield with the Third Amended Complaint on November 23, 2009. Dkt. 208. On January 25, 2010, Ms. Benfield filed a waiver of service of summons and complaint.

Pursuant to Federal Rule of Civil Procedure 33, the rules governing interrogatories, interrogatories are to be served on parties. Pursuant to Federal Rule of Civil Procedure 34, the rule governing requests for production, these requests are also to be served on parties.

Plaintiff mailed his discovery request directed to Ms. Benfield to counsel for Defendants. However, at the time he mailed his requests, Ms. Benfield was not yet a named defendant or "party" and not represented by counsel in this case. Dkt. 238, Exh. 1, ¶¶ 2-3. As such, pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiff could not at that time serve discovery on Ms. Benfield, nor could the undersigned counsel accept such service. FRCP 33(a); FRCP 34(a).

The court previously advised Plaintiff that he could request an extension of time of the discovery cutoff deadline based on the specific discovery he may need to seek from Ms. Benfield after she is served in this action. Dkt. No. 200. In his reply, Plaintiff requests an extension of discovery "as to Discovery Request No. 21," so that he may resubmit "Discovery Request No. 21 to D. Benfield….." Dkt. 254, p. 1. Therefore, the court finds it appropriate to extend the

ORDER - 2

discovery deadline until April 16, 2010 as to Diane Benfield only. Counsel for Defendants is directed to advise Plaintiff as soon as possible if she will accept service of the discovery on behalf of Defendant Benfield.

Plaintiff has not sought a continuance of his motion for summary judgment; that motion (Dkt. 211) is presently noted for February 12, 2010. Defendants have responded and filed a cross-motion for summary judgment. Dkt. 262. The court will not disturb the parties' noting dates on these motions *sua sponte*. However, Plaintiff may file a motion to withdraw his motion for summary judgment based on the need to obtain Defendant Benfield's discovery and request an extension of the dispositive motions deadline.

Accordingly, it is **ORDERED**:

1) Plaintiff's motion to compel (Dkt. 224) is **DENIED;** however, Plaintiff's request for an extension of the discovery deadline is **GRANTED** for the sole purpose of resubmitting the interrogatories and requests for production identified by the parties as "Discovery Request No. 21" to Defendant Benfield. The discovery deadline shall be extended until **April 16, 2010.**

2) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 17th day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3