1
2
3
4
5   **UNITED STATES DISTRICT COURT**
    **WESTERN DISTRICT OF WASHINGTON**
6   **AT TACOMA**

7   DENNIS FLORER,

    NO. C06-5561 RJB/KLS
8                   Plaintiff,

    ORDER
9        v.

10  CHERYL JOHNSON, et al.

11                  Defendants.

12      Before the court is Plaintiff's Motion to Withdraw Pending Motions (Dkts. 211, 265

13  and 266), to Strike Defendants' Cross-Motion for Summary Judgment and Motion for

14  Extension of Pretrial Deadlines. Dkt. 281. Also before the court is Defendants' Motion to

15  Reset the Dispositive Motions Deadline, to Withdraw Defendants' Cross-Motion for

16  Summary Judgment and to Deny Plaintiff's Motion to Strike as Moot. Dkt. 286. Having

17  reviewed the motions and balance of the record, the court finds and **ORDERS:**

18      (1)  Plaintiff's motion to withdraw (Dkt. 281) pending motions (Dkts. 211, 265 and

19  266) is **GRANTED**; Plaintiff's motion to strike Defendants' cross-motion for summary

20  judgment (Dkt. 281) is **DENIED as moot**.

21      (2)  Defendants' motion to withdraw their cross-motion for summary judgment and

22  to deny Plaintiff's motion to strike as moot (Dkt. 286) is **GRANTED**;

23      (3)  The dispositive motions deadline is reset to **May 24, 2010**.

24      (4)  The deadline for submission of the parties' joint status report is reset to **July

25  23, 2010.**

26

ORDER

1     (5)    The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this __12th__ day of March, 2010.

                                  Karen L. Strombom
                                  United States Magistrate Judge

ORDER