UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

                Plaintiff,

   v.

CHERYL JOHNSON-BALES, *et al.*,

                Defendants.

No. C06-5561 RJB/KLS

ORDER DIRECTING DEFENDANT JACKSON TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

     On February 18, 2010, the court entered an Order Denying in Part and Granting in Part Plaintiff's Motion to Compel Discovery Request No. 10. Dkt. 276. As to request for production Nos. 7 through 9 contained in Discovery Request No. 10, the court denied Plaintiff's request for the production of "premade dinner meals that are listed for dinner" on the 2004, 2005 and 2008 based on Defendant Jackson's statement that the Kosher dinners listed on the 2004, 2006 and 2008 are no longer available. *Id.*, p. 6. Plaintiff has filed a motion for reconsideration (Dkt. 280) of this ruling based on certain statements made by Gary Friedman in his declaration filed in support of Defendants' response to Plaintiff's motion for summary judgment. Dkt. 262-4, pp. 59-64.

ORDER - 1

1  Defendant Jackson is directed to file a response to Plaintiff's motion for reconsideration
2  (Dkt. 280) **on or before March 26, 2010.**  The Clerk is directed to send copies of this Order to
3  Plaintiff and counsel for Defendants.

         DATED this __15th__ day of March, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 2