**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DENNIS FLORER,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHERYL BALES-JOHNSON, et al.<br><br>                    Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

Before the court is Plaintiff's Motion for Leave to File Overlength Motion to Compel Discovery. Dkt. 294. Pursuant to Local Rule CR 7(e)(4), such motion shall not exceed twelve pages. See, *id.* Plaintiff's motion to compel is fourteen pages. Dkt. 295.

It is **ORDERED:**

1.  Plaintiff's Motion for Leave to File Overlength Motion to Compel (Dkt. 294) is **GRANTED.**

2.  The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   19th   day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                         1