```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
 8                                   AT TACOMA

 9   DENNIS FLORER,
                                              NO. C06-5561 RJB/KLS
10                   Plaintiff,
                                              ORDER GRANTING PLAINTIFF'S
11       v.                                   MOTION TO EXTEND DISCOVERY
                                              AS TO DEFENDANT BENFIELD
12   CHERYL JOHNSON, et al.

13                   Defendants.
```

14       Before the court is Plaintiff's motion to extend the discovery deadline so that he may

15  file a motion to compel discovery directed to Defendant Benfield.  Dkt. 297.  The discovery

16  deadline was previously extended as to Defendant Benfield until April 16, 2010.  Dkt. 275.

17  Plaintiff states that he is having difficulty obtaining sufficient photocopies of his proposed

18  motion to compel discovery request No. 21 (directed to Ms. Benfield), which consists of

19  fourteen pages.[1]  Defendants object to the extension stating that Plaintiff has already timely

20  filed his motion to compel.  Dkt. 300 (citing Dkt. 299-1).  That motion, however, consists of

21  only one page out of fourteen.  Dkt. 299-1.

22       According, it is **ORDERED:**

23       (1)    Plaintiff's motion for an extension of time to file his complete motion to

24  compel relating to Discovery Request No. 21 to Diane Benfield (Dkt. 297) is **GRANTED.**

---

[1] Under separate Order the court is granting Plaintiff's request for a 2 page extension.

ORDER

The discovery deadline shall be extended until **May 28, 2010 for the sole purpose of addressing Plaintiff's motion to compel Discovery Request No. 21.**

      (2)    The Clerk shall send a copy of this order to Plaintiff and to counsel for Defendants.

      DATED this 4th day of May, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER