# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>                      Plaintiff,<br><br>  v.<br><br>CHERYL BALES-JOHNSON, et al.<br><br>                      Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

Before the court is Plaintiff's Motion for Leave to File Overlength Motion to Compel Discovery (relating to Discovery Request No. 21). Dkt. 299. Pursuant to Local Rule CR 7(e)(4), such motion shall not exceed twelve pages. See, *id.* Plaintiff states that his motion is 14 pages.

It is **ORDERED:**

    1.    Plaintiff's Motion for Leave to File Overlength Motion to Compel (Dkt. 299) is **GRANTED.**

    2.    The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 4th day of May, 2010.

                                              Karen L. Strombom
                                              United States Magistrate Judge