# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>               Plaintiff,<br><br>  v.<br><br>CHERYL JOHNSON, et al.<br><br>               Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF DISPOSITIVE MOTIONS DEADLINE |

Before the Court is Plaintiff's motion for an extension of time dispositive motions deadline of May 24, 2010.  Dkt. 308.  Having reviewed the motion, Defendants' response (Dkt. 309), and balance of the record, the court finds that a thirty day extension of the deadline is appropriate.

Accordingly, it is **ORDERED:**

(1)  Plaintiff's motion for an extension (Dkt. 308) shall be **GRANTED;** and the dispositive motions deadline shall be extended until **July 2, 2010.**

(2)  The Clerk shall forward copies of this Order to Plaintiff and counsel for Defendants.

DATED this  26th  day of May, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER