# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DENNIS FLORER,

                Plaintiff,

  v.

CHERYL BALES-JOHNSON, et al.

                Defendants.

NO. C06-5561 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR PAGE EXTENSION

Before the court is Plaintiff's Motion for Page Extension. Dkt. 303. Plaintiff requests a page extension of two pages to file his motion to compel relating to Discovery Request No. 21. *Id.* Plaintiff previously requested this extension and was granted leave to file a motion with two additional pages. See Dkt. 305.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Page Extension (Dkt. 303) is **DENIED AS MOOT.**

2. The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   26th   day of May, 2010.

                                                                                Karen L. Strombom
                                                                                United States Magistrate Judge