UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

          Plaintiff,

v.

CHERYL BALES-JOHNSON, et al.

          Defendants.

NO. C06-5561 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before this Court on Defendants' Motion For Leave to File Overlength Motion for Summary Judgment (Dkt. 306); the Court having considered the files and records herein; and being in all matters fully advised,

It is **ORDERED**:

1. Defendants' Motion for Leave to File Overlength Motion for Summary Judgment that exceeds the 24-page limit by seven pages (Dkt. 306) is **GRANTED.**

2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  26th  day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER          1