**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DENNIS FLORER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHERYL BALES-JOHNSON, et al.<br><br>                    Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

Before the court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment. Dkt. 318. Defendants' motion for summary judgment is presently noted for June 18, 2010. Dkt. 307.

Having reviewed Plaintiff's motion and balance of the record, the court **ORDERS:**

(1)     Plaintiff's motion for an extension to file his response to Defendants' motion for summary judgment (Dkt. 318) is **GRANTED.** Plaintiff shall file his response **on or before July 5, 2010.**

(2)     Defendants may file a reply **on or before July 9, 2010.** Defendants' motion for summary judgment (Dkt. 307) is re-noted for **July 9, 2010**.

(3)     The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  21st  day of June, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                                                                                                  1