# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL JOHNSON, et al.<br><br>　　　　　　Defendants. | NO. C06-5561 RJB/KLS<br><br>ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF JOINT STATUS REPORT |

Before the court is the parties' Joint Motion for Extension of Time for Filing Joint Status Report. Dkt. 331.

Accordingly, it is **ORDERED:**

(1) The parties' joint motion (Dkt. 331) is **GRANTED;** and the deadline for filing a joint status report is continued from July 23, 2010 until **October 29, 2010.**

(2) The Clerk shall forward copies of this Order to Plaintiff and counsel for Defendants.

DATED this  29th  day of July, 2010.

　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER