**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

DENNIS FLORER,

                Plaintiff,

  v.

CHERYL BALES-JOHNSON, JAY JACKSON, and DIANE BENFIELD,

                Defendants.

NO. C06-5561 RJB/KLS

ORDER REGARDING MOTIONS FOR RELIEF FROM DEADLINES AND PAGE LIMITATIONS

      Before the court are Plaintiff's (1) Motion for Relief from the Dispositive Motions Deadline (Dkt. 320); (2) Motion for Relief from Dkt. 312 and 319 Orders (Dkt. 322); and, (3) Motion for Relief from Page Limitation (Dkt. 323). Plaintiff also filed a motion to withdraw his motions at Dkts. 320 and 322 and sought an extension of time. Dkt. 325. Finally, Plaintiff filed a motion to withdraw his request in Dkt. 325 for an extension of time. Dkt. 329. Defendants filed a motion for leave to file a reply to Plaintiff's response that is three pages in excess of the page limit set by CR 7(e) (3). Dkt. 326. Having reviewed the motions and balance of the record, the court **ORDERS:**

      (1)    Plaintiff's motions to withdraw (Dkts. 325 and 329) are **GRANTED;** Dkts. 320 and 322 shall be **stricken** from the docket, and Plaintiff's motion for an extension of time contained in Dkt. 325 is **DENIED as moot**.

ORDER                              1

1
2
      (2)    Plaintiff's motion for leave to file an over-length brief in opposition to Defendants' motion for summary judgment (Dkt. 323) and Defendants' motion for leave to file an over-length reply to Plaintiff's response (Dkt. 326) are **GRANTED.**

      (3)    The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  2nd  day of August, 2010.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER      2