# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS FLORER,

v.

CHERLY BALES-JOHNSON, JAY JACKSON, and DIANE BENFIELD,

JUDGMENT IN A CIVIL CASE

No. C06-5561 RJB/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 335).

(2) Defendants' motion for summary judgment (Dkt. 307) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| October 27, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |